# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAVAN SPENCE and MABEL FIGUEROA,

        Plaintiffs,

v.                                  Case No:  6:12-cv-343-Orl-28GJK

CENTURY 22 MARKETING, INC., ALLAN PERDOMO and NATALIA PERDOMO,

        Defendants.

_____

## REPORT AND RECOMMENDATION

This cause came on for consideration, without oral argument, on the following motion:

| | |
|---|---|
| **MOTION:** | **JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE (Doc. No. 29)** |
| **FILED:** | July 23, 2012 |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

On March 5, 2012, Plaintiffs, Javan Spence (hereafter "Spence") and Mabel Figueroa (hereafter "Figueroa"), filed their two-count Complaint against Defendants, Century 22 Marketing, Inc. (hereafter "Century 22"), Allan Perdomo and Natalia Perdomo, pursuant to the Fair Labor Standards Act (hereafter "FLSA"), 29 U.S.C. § 216(b).  Doc. No. 1.  In Count I, Plaintiffs assert a claim for unpaid overtime wages.  Doc. No. 1 at 7.  In Count II, Plaintiffs assert a claim for unpaid minimum wages.  Doc. No. 1 at 8.

On July 23, 2012, the parties filed a joint stipulation of dismissal without prejudice (hereafter "Motion"), pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.  Doc. No. 29.  In the Motion, the parties represent that they have "agreed to resolve all claims in the above-referenced matter in a separate but related matter presently pending in the Ninth Circuit Court, in and for Orange County, *Gardner et al., v. Century 22 Marketing, Inc. et al.*,, Case No.: 2:10-ca-006669 (involving state claims for minimum wages)."  Doc. No. 29 at 1.

In *Anago Franchising, Inc. v. Shaz LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012), the Eleventh Circuit held that a joint stipulation of dismissal filed pursuant to Rule 41(a)(1)(A)(ii) is "self-executing and dismisses the case upon its becoming effective.  The stipulation becomes effective upon filing unless it explicitly conditions its effectiveness on a subsequent occurrence.  District courts . . . may not take action after the stipulation becomes effective because the stipulation dismisses the case and divests the district court of jurisdiction."  In light of *Shaz*, it is **RECOMMENDED** that the Motion be **GRANTED** and the case be dismissed without prejudice pursuant to the parties' joint stipulation of dismissal.  *See* Doc. No. 29.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on August 27, 2012.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy