**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAVAN SPENCE, MABEL FIGUEROA**
**ON BEHALF OF THEMSELVES AND**
**OTHERS SIMILARLY SITUATED,**

**Plaintiffs,**

**-vs-**                                                        **Case No.  6:12-cv-343-Orl-28GJK**

**CENTURY 22 MARKETING, INC., ALLAN**
**PERDOMO, NATALIA PERDOMO,**

**Defendants.**

_____

## ORDER

This case is before the Court on the Joint Stipulation for Dismissal without Prejudice (Doc. No. 29) filed July 23, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to the Report and Recommendation (Doc. No. 31), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed August 27, 2012 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Joint Stipulation for Dismissal without Prejudice (Doc. No. 29) is **GRANTED**.

3.      This case is dismissed without prejudice.

4.      The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 29th day of August, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party